*unsealed 2/21/08 ajv*

**SECRET**

FILED
2008 FEB 19 PM 4:40
SOUTHERN DISTRICT OF CALIFORNIA
BY ___KNIX___ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 CR 0440 BTM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. _____ |
| Plaintiff, ) | |
| v. ) | NOTICE OF RELATED CASE |
| PETER CARLO MERTENS, et al., ) | |
| Defendant. ) | |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to <u>United States of America v. Matthew Hausotter, et al.</u>, Criminal Case No. 07CR2367-BTM.

DATED: February 19, 2008.

KAREN P. HEWITT
United States Attorney

SHERRY WALKER HOBSON
Assistant U.S. Attorney