| | |
|---|---|
| 1 | KAREN P. HEWITT |
| | United States Attorney |
| 2 | SHERRI W. HOBSON |
| | Assistant U.S. Attorney |
| 3 | California State Bar No. 142947 |
| | Federal Office Building |
| 4 | 880 Front Street, Room 6293 |
| | San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-5027/(619) 557-3445 (fax) |
| | Email: sherri.hobson@usdoj.gov |
| 6 | |
| | Attorneys for Plaintiff |
| 7 | United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08cr0440-BTM |
| | ) | |
| Plaintiff, | ) | NOTICE OF APPEARANCE |
| | ) | |
| v. | ) | |
| | ) | |
| PETER CARLO MERTENS, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

| Name | Cal. Bar No. | Telephone No. | Email Address |
|---|---|---|---|
| | | | |

1 | Please call me if you have any questions about this notice.

2 | DATED: February 22, 2008.

3 | Respectfully submitted,

4 | KAREN P. HEWITT
United States Attorney

5 |

6 | s/Sherri W. Hobson

7 | _____
SHERRI W. HOBSON
Assistant United States Attorney

8 | Attorneys for Plaintiff
United States of America

9 | Email: sherri.hobson@usdoj.gov

Notice of Appearance
United States v. Peter Carlo Mertens, et al.    2    08cr0440