AO 442

**SECRET**

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 FEB 25 AM 9:12
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

#1451381

UNITED STATES OF AMERICA
V.
Peter Carlo Mertens (1)

## WARRANT FOR ARREST

CASE NUMBER: 08cr0440-001-BTM
DEPUTY

To:  The United States Marshal
     and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    Peter Carlo Mertens (1)
                                       Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition  [ ] Pretrial Violation

charging him or her with (brief description of offense)

Counts 1-40 - 18:1956(a)(1)(B)(i) and (h) - Conspiracy to Launder Monetary Instruments; 18:1956(a)(1)(B)(i) - Laundering Money; 31:5324(a)(3), and 18:371 - Conspiracy and Structuring Financial Transactions; 31:5324(a)(3) and (d)(2) - Structuring Financial Transactions; 18:2 - Aiding and Abetting; 18:982, and 31:5317(c)(1) - Criminal Forfeiture

In violation of Title    See Above    United States Code, Section(s)

W. Samuel Hamrick, Jr.
Name of Issuing Officer

Signature of Deputy

DATE ARRESTED BY STEVEN C. STAFFORD ACTING U.S. MARSHAL BY

Clerk of the Court
Title of Issuing Officer

February 20, 2008   San Diego, CA
Date and Location

2008 FEB 21 A 11:35 RECEIVED U.S. MARSHAL SOUTHERN DISTRICT OF CALIFORNIA

Bail fixed at $ _____ by    The Honorable William McCurine, Jr.
                                       Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

DEA - OCDETF "Operation Grow Up"
SW-CAS# 0377
AUSA - Sherri Walker

DEA

6300
(drug proceeds)