| | |
|---|---|
| 1 | |
| 2 | KAREN P. HEWITT<br>United States Attorney<br>SHERRI WALKER HOBSON |
| 3 | Assistant U.S. Attorney<br>California State Bar No. 142947 |
| 4 | Federal Office Building<br>880 Front Street, Room 6293 |
| 5 | San Diego, California 92101-8893<br>Telephone: (619) 557-5027 |
| 6 | |
| 7 | Attorneys for Plaintiff<br>United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Magistrate Case No.08CR04440BTM |
| | ) | |
| Plaintiff, | ) | DATE:   March 19, 2008 |
| | ) | TIME:   10:30 a.m. |
| v. | ) | |
| | ) | NOTICE OF APPEAL TO |
| PETER CARLO MERTENS, | ) | TO RECONSIDER MAGISTRATE'S |
| | ) | TENTATIVE MODIFICATION OF ORIGINAL ) |
| | | BOND CONDITIONS |
| | ) | CONDITIONS |
| | ) | |
| | ) | |
| _____ | ) | |

PLEASE TAKE NOTICE that on March 19, 2008, at 10:30 a.m., plaintiff United States of America, by and through its counsel, Karen P. Hewitt, United States Attorney, and Sherri Walker Hobson, Assistant United States Attorney, will move the Court to reconsider Magistrate Judge William McCurine's tentative ruling to allow the original bond as stipulated by the parties ($150,000 *fully* secured by real property) to be modified to $150,000 secured by one property (equity of $30,000 at the most) and signatures of other financial responsible individuals with substantial income (but no property).  This proposed modification as requested by the defense represents only one-fifth of the $150,000 be secured by property. The United States believes that the proposed security by the defense is clearly insufficient

//

//

1 | The United States will file its legal memorandum upon receipt of the transcripts of the March 11,
2 | 2008, hearing, which has been ordered.
3 |     DATED:   March 13, 2008.

    KAREN P. HEWITT
    United States Attorney

    s/ sherri walker hobson
    SHERRI WALKER HOBSON
    Assistant U.S. Attorney

2