Patrick Q. Hall, CA Bar No. 97019
SELTZER CAPLAN McMAHON VITEK
A Law Corporation
750 B Street, 2100 Symphony Towers
San Diego, California 92101
Telephone: (619) 685-3066
Facsimile: (619) 297-1150

Attorneys for Defendant
PETER CARLO MERTENS

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Hon. Barry Ted Moskowitz)

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 08-CR-0440-BTM |
| Plaintiff, | NOTICE OF MOTION AND MOTION FOR JOINDER |
| vs. | Date: March 28, 2008 |
| PETER CARLO MERTENS, | Time: 1:30 p.m. |
| Defendant. | |

TO:   KAREN P. HEWITT, UNITED STATES ATTORNEY, AND
      SHERRI W. HOBSON, ASSISTANT UNITED STATES ATTORNEY:

PLEASE TAKE NOTICE that on Friday, March 28, 2008, at 1:30 p.m., or as soon thereafter as counsel may be heard, the defendant, PETER CARLO MERTENS, by and through his counsel, Patrick Q. Hall will ask this Court to issue an order granting the motion listed below.

**MOTION FOR JOINDER**

COMES NOW Defendant PETER CARLO MERTENS, by and through his attorney, Patrick Q. Hall, and respectfully joins in the following motions filed by Defendant William

1 | Hamman, by and through his attorney, Frank J. Ragen, on or about March 6, 2008.
2 |     1.    To Compel Discovery;
3 |     This motion is made on the grounds that Defendant MERTENS has standing to join in
4 | the above referenced motions.
5 |     This motion is based on the instant Notice, Motion, the records and files in the instant
6 | case, and any and all other matters which may be presented to the Court prior to or at the time
7 | of the hearing of said motion.

Respectfully submitted,
SELTZER CAPLAN MCMAHON VITEK
A Law Corporation

Dated: March 14, 2008    By:/s/Patrick Q. Hall
    PATRICK Q. HALL
    Attorney for Defendant
    PETER CARLO MERTENS