UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Hon. Barry Ted Moskowitz)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>PETER CARLO MERTENS,<br><br>  Defendant. | CASE NO. 08-CR-0440-BTM<br><br>PROOF OF SERVICE |

**IT IS HEREBY CERTIFIED THAT:**

I, JEOVANA SERRANO, am a citizen of the United States and am at least eighteen years of age. My business address is 750 "B" Street, Suite 2100, San Diego, California, 92101.

I am not a party to the above-entitled action. I hereby certify that I have caused to be served a NOTICE OF MOTION AND MOTION FOR JOINDER to the following ECF participants on this case:

Frank J. Ragen
    fjragen@aol.com

Dorn G. Bishop
    dorn@dornbishoplaw.com, kstarrj@yahoo.com

Lisa J. Damiani
    ljdamianai@damianilawgroup.com, Comp1@damianilawgroup.com

Sherri Walter Hobson
    Sherri.Hobson@usdoj.gov, melissa.d.johnson@usdoj.gov,
    efile.dkt.nes@usdoj.gov

1

Leila W. Morgan
Leila_Morgan@fd.org,Angelica_Hernandez@fd.o9rg

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 14, 2008.

/s/Jeovana Serrano
JEOVANA SERRANO