|   |   |   |
|---|---|---|
| 1 | UNITED STATES DISTRICT COURT | |
| 2 | SOUTHERN DISTRICT OF CALIFORNIA | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08-0440-BTM |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| v. | ) | |
| | ) | |
| PETER MERTENS ET AL , | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY CERTIFIED that:

    I SHERRI WALKER HOBSON am a citizen of the United States and am at least eighteen years of age.  My business address is 880 Front Street, Room 6293, San Diego, CA 92101-8893.

    I am not a party to the above-entitled action.  I have caused service of GOVERNMENT'S RESPONSE AND OPPOSITION  on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

    1.    Patrick Hall, Esq.
    2.    Lisa Damini, Esq.
    3.    Dorn Bishop, Esq.
    4.    Frank Ragen, Esq.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 21, 2008.

                                                s/ SHERRI WALKER HOBSON
                                                SHERRI WALKER HOBSON