```
 1 | Patrick Q. Hall, Esq. (SBN 97019)
   | SELTZER CAPLAN MCMAHON VITEK
 2 | A Law Corporation
 3 | 750 B Street, 2100 Symphony Towers
   | San Diego, California 92101-8177
 4 | Telephone:  (619) 685-3066
 5 | Facsimile:  (619) 297-1150
   | hall@scmv.com
 6 |
 7 | Attorneys for Defendant
   | PETER CARLO MERTENS
 8 |
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Hon. Barry Ted Moskowitz)

| UNITED STATES OF AMERICA, | CASE NO. 08-CR-0440-01-BTM |
|---|---|
| Plaintiff, | **ACKNOWLEDGEMENT OF NEXT COURT DATE** |
| vs. | |
| PETER CARLO MERTENS, | |
| Defendant. | |

I, PETER CARLO MERTENS, hereby declare as follows:

1. That I have been advised that the Motion Hearing currently set for March 28, 2008 at 1:30 p.m. has been continued to June 20, 2008 at 1:30 p.m.

2. I hereby acknowledge my responsibility to appear at court on June 20, 2008 at 1:30 p.m. in connection with the above referenced case.

I declare under penalty of perjury that the foregoing is true and correct executed this 25 day of March, 2008 at 4:00 pm.

*/s/ Peter Carlo Mertens*
PETER CARLO MERTENS

08-CR-0440-01-BTM