UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08cr0440-BTM |
| Plaintiff, ) | |
| v. ) | ORDER CONTINUING DATE FOR MOTION HEARING |
| PETER CARLO MERTENS, et al., ) | |
| Defendants. ) | |

Good cause appearing, IT IS HEREBY ORDERED that the motion hearing be continued from March 28, 2008, at 1:30 p.m., to June 20, 2008 at 1:30 p.m.

IT IS SO ORDERED.

DATED: March 26, 2008

_____
Honorable Barry Ted Moskowitz
United States District Judge