Patrick Q. Hall, Esq. (SBN 97019)
SELTZER CAPLAN MCMAHON VITEK
A Law Corporation
750 B Street, 2100 Symphony Towers
San Diego, California 92101-8177
Telephone:   (619) 685-3066
Facsimile:   (619) 297-1150
hall@scmv.com

Attorneys for Defendant
PETER CARLO MERTENS

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Hon. Barry Ted Moskowitz)

| UNITED STATES OF AMERICA, | CASE NO. 08-CR-0440-01-BTM |
|---|---|
| Plaintiff, | **ACKNOWLEDGEMENT OF NEXT COURT DATE** |
| vs. | |
| PETER CARLO MERTENS, | |
| Defendant. | |

I, PETER CARLO MERTENS, hereby declare as follows:

1. That I have been advised that the Motion Hearing currently set for Friday, June 20, 2008 at 1:30 p.m. has been continued to September 19, 2008 at 2:00 p.m.

2. I hereby acknowledge my responsibility to appear at court on September 19, 2008 at 2:00 p.m. in connection with the above referenced case.

I declare under penalty of perjury that the foregoing is true and correct executed this 13 day of June, 2008 at _____, _____.

_____
PETER CARLO MERTENS

08-CR-0440-01-BTM