**FILED**
JUN 17 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA
(Hon. Barry Ted Moskowitz)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 08CR0440-BTM |
| Plaintiff, ) | **ORDER CONTINUING MOTION HEARING** |
| vs. ) | |
| PETER CARLO MERTENS, et al., ) | |
| Defendants. ) | |

IT IS HEREBY ORDERED that for good cause shown, the Motion Hearing currently scheduled for June 20, 2008, at 1:30 p.m., be continued to September 19, 2008, at 2:00 p.m., for all defendants.

Defendants on bond shall file an Acknowledgment of Next Court Date by June 20, 2008.

IT IS SO ORDERED.

Dated: 6/17/08

HON. BARRY T. MOSKOWITZ
U.S. DISTRICT COURT JUDGE