1  FRANK J. RAGEN, Calif. Bar No. 054378
   Attorney at Law
2  105 West "F" Street, Suite 215
   San Diego, California 92101
3  Telephone No. (619) 231-4330
   Fax No. (619) 239-0056
4  Email: fjragen@aol.com

5  Attorney for Defendant,
   **WILLIAM HAMMAN**
6

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA
                       (Hon. Barry Ted Moskowitz)
10

11 | UNITED STATES OF AMERICA | ) CASE NO. 08CR0440-BTM
   |                          | )
12 | Plaintiff,               | ) **JOINT MOTION TO CONTINUE**
   |                          | ) **MOTIONS HEARING**
13 | vs.                      | )
   |                          | )
14 | PETER CARLO MERTENS, et al., | )
   |                          | )
15 | Defendants.              | ) Date: September 19, 2008
   |                          | ) Time: 2:00 p.m.

16       COMES NOW the plaintiff, United States of America, by and through its counsel,
17 Karen P. Hewitt, United States Attorney, and Sherri W. Hobson, Assistant United States
18 Attorney, and defendants William Hamman, through his counsel Frank J. Ragen; Peter
19 Carlo Mertens, through his counsel, Patrick Q. Hall; Wayne Joseph Fernandes, through
20 his counsel, Dorn G. Bishop; and Bettina Thakore, through her counsel, Lisa J. Damiani,
21 and hereby jointly request the Court continue the Motions Hearing previously scheduled
22 for September 19, 2008, at 2:00 p.m. to December 19, 2008, at 2:00 p.m.
23       This continuance is requested in order for defense counsel to receive the
24 following discovery. The government has agreed to provide (if not already provided):
25       (1)    the tape recorded meeting at Chili's involving Mahon, Hausotter, and
26              Mertens;
27       (2)    taped and/or written statements by Mahon and Hausotter;
28       (3)    taped statements by defendants other than Fernandes;

1  (4)  holding cell taped statements of Mertens, Fernandes, and possibly other
2       defendants; and
3  (5)  the first session of Hamman's grand jury testimony (which was apparently
4       interrupted).
5  Counsel need this time to adequately review the above discovery and write the
6  pre-trial motions.

7                                         Respectfully submitted,

9  Dated: September 11, 2008              s/Frank J. Ragen
10                                        FRANK J. RAGEN
                                          Attorney for Defendant
11                                        WILLIAM HAMMAN
                                          Email: fjragen@aol.com

13 Dated: September 11, 2008              s/Patrick Q. Hall
                                          PATRICK Q. HALL
14                                        Attorney for Defendant
                                          PETER CARLO MERTENS
15                                        Email: hall@scmv.com

17 Dated: September 11, 2008              s/Dorn G. Bishop
                                          DORN G. BISHOP
                                          Attorney for Defendant
18                                        WAYNE JOSEPH FERNANDES
                                          Email: dorn@dornbishoplaw.com

20 Dated: September 11, 2008              s/Lisa J. Damiani
                                          LISA J. DAMIANI
21                                        Attorney for Defendant
                                          BETTINA THAKORE
22                                        Email: LJDamiani@damianilawgroup.com

24 Dated: September 11, 2008              s/Sherri W. Hobson
                                          SHERRI W. HOBSON
25                                        Assistant United States Attorney
                                          Attorney for Plaintiff
26                                        UNITED STATES OF AMERICA
                                          Email: Sherri.Hobson@usdoj.gov


## UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF CALIFORNIA
(Hon. Barry Ted Moskowitz)

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. PETER CARLO MERTENS, et al., Defendants. | CASE NO. 08CR0440-BTM<br><br>**CERTIFICATE OF SERVICE** |

**IT IS HEREBY CERTIFIED THAT:**

I, LALANYA HAM, am a citizen of the United States and am at least eighteen years of age. My business address is 105 West F Street, Ste. 215, San Diego, California, 92101.

I am not a party to the above-entitled action. I hereby certify that I have caused to be served **JOINT MOTION TO CONTINUE MOTIONS HEARING** to the following ECF participants on this case:

**Dorn G Bishop**
dorn@dornbishoplaw.com,kstarrj@yahoo.com

**Lisa J Damiani**
ljdamiani@damianilawgroup.com,Comp1@damianilawgroup.com

**Patrick Q Hall**
hall@scmv.com,flores@scmv.com

**Sherri Walker Hobson**
Sherri.Hobson@usdoj.gov,melissa.d.johnson@usdoj.gov,efile.dkt.nes@usdoj.gov

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 11, 2008.

_____
LALANYA HAM