1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

## (HONORABLE BARRY T. MOSKOWITZ)

| UNITED STATES OF AMERICA, | CASE NO. 08CR0440-BTM |
|---|---|
| Plaintiff, | **ORDER CONTINUING SENTENCING HEARING DATE FOR PETER MERTENS AND BETTINA THAKORE FROM MARCH 12, 2010 AT 10:30 A.M. TO APRIL 16, 2010 AT 10:30 A.M.** |
| v. | |
| PETER CARLO MERTENS, et al., | |
| Defendant. | |

Pursuant to joint motion of the parties and GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED AS FOLLOWS:

The sentencing hearing presently set in the matter for Defendants Peter Mertens and Bettina Thakore for March 12, 2010 at 10:30 a.m. before the above entitled court shall be continued to April 16, 2010 at 10:30 a.m.

IT IS SO ORDERED.

Dated:     February 11, 2010

By: _____
Honorable BARRY T. MOSKOWITZ
United States District Court Judge