# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

2012 AUG 28   AM 10:59

UNITED STATES OF AMERICA,

                Plaintiff,

        vs.

PETER CARLO MERTENS [1],

             Defendant.

CASE NO. 08CR0440-BTM

BY _____ DEPUTY

**JUDGMENT OF DISMISSAL**

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_\_\_  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_\_  the Court has dismissed the case for unnecessary delay; or

_X_  the Court has granted the motion of the Government for dismissal, without prejudice; or

\_\_\_\_  the Court has granted the motion of the defendant for a judgment of acquittal; or

\_\_\_\_  a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_\_  the jury has returned its verdict, finding the defendant not guilty;

_X_  of the offense(s) as charged in the Indictment/Information:

18:1956(a)(1)(B)(i) and (h); 18:982(a)(1) - Conspiracy to Launder Monetary Instruments; Criminal Forfeiture (1); 18:1956(a)(1)(B)(i); 18:2; 18:982(a)(1) - Laundering Money; Aiding and Abetting; Criminal Forfeiture (2-31); 31:5324(a)(3) and 18:371; 31:5317(c)(1) - Conspiracy and Structuring Financial Transactions; Criminal Forfeiture (32); 31:5324(a)(3) and (d)(2); 18:2; 31:5317(c)(1) - Structuring Financial Transactions; Aiding and Abetting; Criminal Forfeiture (33); 31:5324(a)(3) and (d)(2); 18:2; 31:5317(c)(1) - Structuring Financial Transactions; Aiding and Abetting; Criminal Forfeiture (34); 31:5324(a)(3) and (d)(2); 18:2; 31:5317(c)(1) - Structuring Financial Transactions; Aiding and Abetting; Criminal Forfeiture (35-38); 31:5314(a)(3) and (d)(2); 18:2; 31:5317(c)(1) - Structuring Financial Transactions; Aiding and Abetting; Criminal Forfeiture (39-40);

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 08/24/2012

Barry Ted Moskowitz
U.S. District Judge